# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KEVIN TRAMMELL, on behalf of himself and other similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) CASE No.: 4:22-cv-01250-CLM |
| **TOWN OF RAGLAND,** | ) ) ) |
| **Defendant.** | ) |

## ANSWER

**COMES NOW** Defendant, Town of Ragland, by and through its undersigned counsel, and answers Plaintiff's Collective Action Demand Complaint (the "Complaint") and states as follows:

### INTRODUCTION

1. Paragraph 1 of the Complaint requires no response from Defendant but, to the extent one may be required, denied.

2. Defendant denies it violated the Fair Labor Standards Act in any manner and demands strict proof thereof.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Admitted.

1

## JURISDICTION

8. Admitted.

9. Admitted.

10. Admitted.

## PARTIES

11. Defendant is without sufficient information to admit or deny the statement(s) made in this paragraph and, as such, must deny the same.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Upon information and belief, admitted.

18. Upon information and belief, admitted.

19. Denied.

## STATEMENT OF FACTS

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

## COLLECTIVE ACTION ALLEGATIONS

30. Paragraph 30 of the Complaint requires no response from Defendant but, to the extent one may be required, denied.

31. Paragraph 31 of the Complaint requires no response from Defendant but, to the extent one may be required, denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Improperly marked Paragraph 57 in the Complaint, denied.

45. Improperly marked Paragraph 58 in the Complaint, denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

46. Improperly marked Paragraph 59 in the Complaint, denied.

47. Improperly marked Paragraph 60 in the Complaint, denied.

48. Improperly marked Paragraph 61 in the Complaint, denied.

### COUNT I
### VIOLATION OF 29 U.S.C. § 207 OVERTIME COMPENSATION

49. Improperly marked Paragraph 62 in the Complaint, denied.

50. Improperly marked Paragraph 63 in the Complaint, denied.

51. Improperly marked Paragraph 64 in the Complaint, denied.

52. Improperly marked Paragraph 65 in the Complaint, denied.

53. Improperly marked Paragraph 66 in the Complaint, denied.

54. Improperly marked Paragraph 67 in the Complaint, denied.

55. Improperly marked Paragraph 68 in the Complaint, denied.

56. Improperly marked Paragraph 69 in the Complaint, denied.

57. Improperly marked Paragraph 70 in the Complaint, denied.

## COUNT II
## VIOLATION OF 29 U.S.C. §206 MINIMUM WAGE

58. Improperly marked Paragraph 71 in the Complaint, denied.

59. Improperly marked Paragraph 72 in the Complaint, denied.

60. Improperly marked Paragraph 73 in the Complaint, denied.

61. Improperly marked Paragraph 74 in the Complaint, denied.

62. Improperly marked Paragraph 75 in the Complaint, denied.

63. Improperly marked Paragraph 76 in the Complaint, denied.

**WHEREFORE,** Defendant respectfully requests this Court deny Plaintiff's Collective Action Demand Complaint, deny each and every one of Plaintiff's Requests for Relief (a-i), enter a judgment in favor of Defendant, and grant all further and appropriate relief this Court deems appropriate.

*/s/ James E. Hill III*
James E. Hill (ASB-2575-A46H)

OF COUNSEL:

HILL, GOSSETT, KEMP & HUFFORD, P.C.
2603 Moody Parkway, Suite 200
P.O. Box 310
Moody, AL 35004
205-640-2000
jhill@hhglawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>November 4, 2022</u>, I electronically filed the foregoing using the United States District Court, Northern District of Alabama system which will send notification of such filing to all parties.

    J. Bernard Brennan, III
    Chanelle J. Ventura
    Morgan & Morgan, P.A.
    2317 3rd Ave. North, Suite 102
    Birmingham, AL 35203

                                                      <u>/s/ James E. Hill</u>
                                                      OF COUNSEL