# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KEVIN TRAMMEL,**<br>      **Plaintiff,**<br><br>v.<br><br>**TOWN OF RAGLAND,**<br>      **Defendant.** | Case No.: 4:22-cv-1250-CLM |

## STIPULATED JUDGMENT

This case involves an alleged violation of the Fair Labor Standards Act ("FLSA"). The Parties filed a Joint Motion for Approval of Settlement on January 25, 2023. (Doc. 12).

To comply with the Eleventh Circuit's opinion in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), this court held a hearing regarding the proposed settlement on February 15, 2023. Counsel for both parties were present, and the hearing was transcribed.

For the reasons stated more fully on the record at the conclusion of the hearing, the court made the following findings of fact: (1) this action involves an actual dispute that both parties acknowledge could be decided against them if the case proceeded to trial; (2) each of the proposed settlement amounts are a reasonable compromise of the parties' dispute; (3) the proposed settlement resulted from good faith negotiations, conducted at arms-length by capable attorneys; and, (4) neither party objects to the terms of the proposed settlement.

Accordingly, the Court hereby **GRANTS** the joint motion for approval of settlement (doc. 12) and **ENTERS** a stipulated judgment approving the proposed "Settlement Agreement and Release of Claims" (doc. 12-1). Due to

the settlement of the parties' dispute, the court also **DISMISSES WITH PREJUDICE** the Plaintiff's complaint.

**DONE** and **ORDERED** on February 15, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE